**EXHIBIT A**

| Name | Address | Nature of Interest or Claim (Principal)[2] | Approximate Amount of Claim (Principal)[3] |
|---|---|---|---|
| Compeer Financial, PCA | 2600 Jenny Wren Trail P.O. Box 810 Sun Prairie, WI 53590 | Prepetition OpCo Facility Lender | $10,112,000 |
| | | Prepetition Bridge Facility Lender (New Money Loans) | $2,270,000 |
| | | Prepetition Bridge Facility Lender (Roll-Up Loans) | $8,444,000 |
| Compeer Financial, FLCA | 2600 Jenny Wren Trail P.O. Box 810 Sun Prairie, WI 53590 | Prepetition PropCo Facility Lender | $38,672,000 |
| AgCountry Farm Credit Services, PCA | 600 S. Highway 169 Suite 850 Minneapolis, MN 55426 | Prepetition PropCo Facility Lender | $34,171,000 |
| | | Prepetition OpCo Facility Lender | $13,680,000 |
| | | Prepetition Bridge Facility Lender (New Money Loans) | $1,959,000 |
| | | Prepetition Bridge Facility Lender (Roll-Up Loans) | $7,287,000 |
| AgFirst Farm Credit Bank | 1901 Main Street Columbia, SC 29201 | Prepetition PropCo Facility Lender | $21,484,000 |
| | | Prepetition OpCo Facility Lender | $22,852,000 |
| | | Prepetition Bridge Facility Lender (New Money Loans) | $1,815,000 |

---

[2] As used in this Exhibit A, "Prepetition OpCo Facility", "Prepetition PropCo Facility" and "Prepetition Bridge Facility" each have the meaning provided in the *Declaration of John Boken, Interim Chief Executive Officer of MVK Farmco LLC, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 13].

[3] For the avoidance of doubt, the amounts set forward in this Exhibit A are approximations of the outstanding principal balance held by each Interested Party and are provided without prejudice to such Interest Party's right to assert more precise amounts of the entirety of their respective claims for any purpose, including without limitation in connection with any proof of claim, and subject to a full reservation of each Interested Party's rights in respect thereof.

| Name | Address | Nature of Interest or Claim (Principal)[2] | Approximate Amount of Claim (Principal)[3] |
|---|---|---|---|
| | | Prepetition Bridge Facility Lender (Roll-Up Loans) | $6,754,000 |
| Farm Credit Bank of Texas | 4801 Plaza on the Lake Austin, TX 78746 | Prepetition PropCo Facility Lender | $31,142,000 |
| | | Prepetition OpCo Facility Lender | $11,824,000 |
| | | Prepetition Bridge Facility Lender (New Money Loans) | $1,758,000 |
| | | Prepetition Bridge Facility Lender (Roll-Up Loans) | $6,543,000 |