## CERTIFICATE OF SERVICE

I, J. Cory Falgowski, hereby certify that on October 18, 2023, a true and correct copy of the foregoing was served on all parties entitled to service via this Court's electronic filing system and via email upon the parties listed below:

**Via Electronic Mail**

Joseph M. Barry
Kenneth J. Enos
Andrew A. Mark
Young, Conaway, Stargatt & Taylor
1000 North King Street
Wilmington, DE 19801
Email: jbarry@ycst.com
        kenos@ycst.com
        amark@ycst.com
*Counsel to the Debtors*

Ryan Blaine Bennett, P.C.
Whitney C. Fogelberg
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
Email: ryan.bennett@kirkland.com
        whitney.fogelberg@kirkland.com
*Counsel to the Debtors*

Rosa Sierra-Fox
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: rosa.sierra@usdoj.gov
*United States Trustee*

 

*/s/  J. Cory Falgowski*
J. Cory Falgowski (#4546)

51937223 v1