IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MVK FARMCO LLC., *et. al.*,[1]<br><br>                                          Debtors. | Chapter 11<br><br>Case No. 23-11721 (LSS)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPOINTMENT OF UNSECURED CREDITORS COMMITTEE** |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned case:

1.      **Brifo Land, LLC:** Attn: Cortland Barnes c/o AG Capital Partners Capital Partners 2679 West Main St., Suite 300-346, Littleton, CO 80120; email: cort@agpartners.capital; phone: (650) 575-8016.

2.      **Veritiv Operating Company**: Attn: Nancy Bride, Senior Counsel 1000 Abernathy Rd NE, Bldg 400, Ste 1700, Atlanta, GA 30328; email: nancy.bride@veritivcorp.com; phone: (901) 351-2107.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MVK FarmCo LLC (5947); MVK Intermediate Holdings LLC (6016); Gerawan Farming LLC (1975); Gerawan Supply, Inc. (6866); Gerawan Farming Partners LLC (0072); Gerawan Farming Services LLC (7361); Wawona Farm Co. LLC (1628); Wawona Packing Co. LLC (7637); and GFP LLC (9201). The location of the Debtors' service address is: 7700 N. Palm Ave., Suite 206, Fresno, CA 93711.

1

3.  **Nutrien Ag Solutions, Inc.**: Attn: Willie Linder & Nancy Chase 3005 Rocky Mountain Ave. Loveland, CO 80538; email: willie.linder@nutrien.com; nancy.chase@nutrien.com; phone: (970) 685-3300.

4.  **Verdegaal Brothers, Inc.**: Attn: Brayden Sanchez 13555 S. 11th Ave. Hanford, CA 93230; email: bsanchez@verdegaalbrothers.com; phone: (559) 582-9205.

5.  **Allen Lund Company**: Attn: Steve Doerfler 4529 Angeles Crest Hwy La Canada, CA 91011; email: steve.doerfler@allenlund.com; phone: (818) 949-4507.

**ANDREW R. VARA**
**United States Trustee, Region 3**

/s/ *Rosa Sierra-Fox* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

Dated: October 23, 2023.

Attorney assigned to this case: Rosa Sierra-Fox, Esq.
Debtors' Counsel: Joseph Barry, Esq.