# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MVK FARMCO LLC, *et al.*,[1] | Case No. 23-11721 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JANUARY 17, 2024 AT 10:00 A.M. (ET)

**THIS HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR REMOTELY AND ALL REMOTE PARTICIPANTS MUST REGISTER BY JANUARY 16, 2024 AT 4:00 P.M (ET).**

**TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

**RESOLVED MATTERS**

1. Motion of Ricky Peacher, Melissa K. Irwin and Dustin J. Irwin for Relief from the Automatic Stay [Docket No. 152; 11/2/23]

   Related Documents:

   A. Certification of Counsel Regarding the Stipulation Between the Debtors and Ricky Peacher, Melissa K. Irwin and Dustin J. Irwin [Docket No. 367; 12/13/23]

   B. Order Approving the Stipulation Between the Debtors and Movants [Docket No. 380; 12/15/23]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MVK FarmCo LLC (5947); MVK Intermediate Holdings LLC (6016); Gerawan Farming LLC (1975); Gerawan Supply, Inc. (6866); Gerawan Farming Partners LLC (0072); Gerawan Farming Services LLC (7361); Wawona Farm Co. LLC (1628); Wawona Packing Co. LLC (7637); and GFP LLC (9201). The location of the Debtors' service address is: 7700 N. Palm Ave., Suite 206, Fresno, CA 93711.

31156745.1

    Response Deadline:    November 16, 2023 at 4:00 p.m. (ET); Extended to November 23, 2023 for the Debtors

    Responses Received:

    C.    Informal response from the Debtors

    Status:    An order has been entered by the Court. No hearing is required.

2. Motion of Debtors for Entry of an Order (I) Authorizing the Rejection of the Unexpired Lease with Brifo Land LLC *Nunc Pro Tunc* to the Rejection Effective Date, and (II) Granting Related Relief [Docket No. 374; 12/14/23]

    Related Documents:

    A.    Certificate of No Objection [Docket No. 412; 12/22/23]

    B.    Order (I) Authorizing the Rejection of the Unexpired Lease with Brifo Land LLC *Nunc Pro Tunc* to the Rejection Effective Date, and (II) Granting Related Relief [Docket No. 418; 12/26/23]

    Response Deadline:    December 21, 2023 at 4:00 p.m. (ET)

    Responses Received:    None

    Status:    An order has been entered by the Court. No hearing is required.

3. Motion of Debtors for Entry of an Order (I) Authorizing and Approving Procedures to Assume or Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief [Docket No. 384; 12/17/23]

    Related Documents:

    A.    Certificate of No Objection [Docket No. 444; 1/3/24]

    B.    Order (I) Authorizing and Approving Procedures to Assume or Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief [Docket No. 384; 12/17/23]

    Response Deadline:    January 2, 2024 at 4:00 p.m. (ET)

    Responses Received:    None

    Status:    An order has been entered by the Court. No hearing is required.

4.     Debtors; Motion for Entry of an Order (I) Supplementing and/or Amending the (A) Insurance Order and (B) Wages Order, and (II) Granting Related Relief [Docket No. 385; 12/18/23]

    Related Documents:

    A.     Notice of Withdrawal of Docket No. 385 [Docket No. 435; 12/29/23]

    Response Deadline:     January 2, 2024 at 4:00 p.m. (ET)

    Responses Received:     None

    Status:     This matter has been withdrawn. No hearing is required.

## MATTERS WITH CERTIFICATION

5.     Application of the Official Committee of Unsecured Creditors of the Debtors, MVK FarmCo LLC, *et al*., for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor *Nunc Pro Tunc* to October 30, 2023 [Docket No. 387; 12/18/23]

    Related Documents:

    A.     First Supplemental Declaration of Richard Newman in Support of the Application of the Official Committee of Unsecured Creditors of the Debtors, MVK FarmCo LLC, *et al*., for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor *Nunc Pro Tunc* to October 30, 2023 [Docket No. 466; 1/9/24]

    B.     Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of the Debtors, MVK FarmCo LLC, *et al*., for Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor *Nunc Pro Tunc* to October 30, 2023 [Docket No. 467; 1/9/24]

    Response Deadline:     January 2, 2024 at 4:00 p.m. (ET)

    Responses Received:

    C.     Informal response from the U.S. Trustee

    Status:     A revised form of order has been submitted under certification of counsel. No hearing is necessary unless the Court has questions.

6.     Debtors' Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Docket No. 437; 12/29/23]

Related Documents:

A.  Certificate of No Objection [Docket No. 478; 1/11/24]

Response Deadline:    January 10, 2024 at 4:00 p.m. (ET)

Responses Received:    None

Status:    A certificate of no objection has been filed with the Court. No hearing is required.

**MATTER GOING FORWARD**

7.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 463; 1/8/24]

    Related Documents:

    A.  Declaration of John Boken in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 464; 1/8/24]

    B.  Declaration of Ryan Sandahl in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 465; 1/8/24]

    Response Deadline:    January 12, 2024 at 12:00 p.m. (ET); Extended to January 13, 2024 for Coöperatieve Rabobank U.A., New York Branch

    Responses Received:    None

    Status:    This matter is going forward.

| | |
|---|---|
| Dated: January 15, 2024<br>Wilmington, Delaware | */s/ Kenneth J. Enos*<br>Joseph Barry (Del. Bar No. 4221)<br>Kenneth J. Enos (Del. Bar No. 4544)<br>Andrew A. Mark (Del. Bar No. 6861)<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  jbarry@ycst.com<br>   kenos@ycst.com<br>   amark@ycst.com<br><br>-and-<br><br>Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)<br>Whitney C. Fogelberg (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  ryan.bennett@kirkland.com<br>   whitney.fogelberg@kirkland.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |

31156745.1