IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MVK FARMCO LLC, *et al.*,[1] | ) Case No. 23-11721 (LSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 239** |

### NOTICE REGARDING QUARTERLY REPORTS OF ORDINARY COURSE PROFESSIONALS FROM OCTOBER 13, 2023, TO DECEMBER 31, 2023

**PLEASE TAKE NOTICE** that, in accordance with the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 239] (the "OCP Order") and the procedures established therein, the above captioned debtors (the "Debtors") hereby submit their reports of payments to ordinary course professionals (the "OCP Quarterly Payment Report") for the fourth fiscal quarter ending on December 31, 2023, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(f) of the OCP Order, the OCP Quarterly Payment Report includes: (i) the name of the ordinary course professional; (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that ordinary course professional during the reported quarter broken down by month; (iii) a general description of the serviced rendered by that ordinary course professional; and (iv) the total amount paid post-petition to each ordinary course professional.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MVK FarmCo LLC (5947); MVK Intermediate Holdings LLC (6016); Gerawan Farming LLC (1975); Gerawan Supply, Inc. (6866); Gerawan Farming Partners LLC (0072); Gerawan Farming Services LLC (7361); Wawona Farm Co. LLC (1628); Wawona Packing Co. LLC (7637); and GFP LLC (9201). The location of the Debtors' service address is: 7700 N. Palm Ave., Suite 206, Fresno, CA 93711.

**PLEASE TAKE FURTHER NOTICE** that, the inclusion of the fees and expenses of any ordinary course professional in the OCP Quarterly Payment Report is without prejudice to the Debtors' right to dispute or challenge the fees and expenses of each professional and does not constitute final approval of the fees and expenses of any ordinary course professional by the Debtors.

| | |
|---|---|
| Dated:  January 30, 2024<br>Wilmington, Delaware | */s/ Andrew A. Mark*<br>Joseph Barry (Del. Bar No. 4221)<br>Kenneth J. Enos (Del. Bar No. 4544)<br>Andrew A. Mark (Del. Bar No. 6861)<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 571-6600<br>Facsimile:    (302) 571-1253<br>Email:           jbarry@ycst.com<br>                     kenos@ycst.com<br>                     amark@ycst.com<br><br>-and-<br><br>Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)<br>Jaimie Fedell (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:           ryan.bennett@kirkland.com<br>                     jaimie.fedell@kirkland.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |

# **EXHIBIT A**

**OCP Quarterly Payment Report**

**EXHIBIT A**
**OCP Quarterly Payment Report**

**MVK FarmCo LLC, et al.**
**OCP Quarterly Payment Report**
**Payments from 10/13/23 to 12/31/23**

| Professional | Tier | Types of Service | October Payments | November Payments | December Payments | Total | Average Monthly Payments |
|---|---|---|---|---|---|---|---|
| BARSAMIAN & MOODY | Tier 1 | Legal - Labor Litigation and Mediation | $ - | $ - | $ - | $ - | $ - |
| SHEPPARD MULLIN RICHTER & HAMPTON | Tier 1 | Legal - Real Estate Matters and Make Whole Litigation | - | - | - | - | - |
| BLATT & SORELL TAX GROUP, INC | Tier 2 | Tax Consulting Services - Property and other tax | - | - | - | - | - |
| BROWNSTEIN HYATT FARBER SCHRECK LLP | Tier 2 | Legal - General Water Matters and Rights | - | - | - | - | - |
| CSC | Tier 2 | Business filings and administration | - | - | - | - | - |
| FENNEMORE DOWLING AARON | Tier 2 | Legal - Trademark monitoring and infringement matters | - | - | - | - | - |
| FRESHFIELDS BRUKHAUS DERINGER | Tier 2 | Legal - Ongoing Financing and Corporate Advice | - | - | - | - | - |
| GEORGE NIKOLICH CONSULTING INC | Tier 2 | Farm Operations Consulting Services | - | - | 50,000.00 | 50,000.00 | 16,666.67 |
| GREENBERG TRAURIG, LLP | Tier 2 | Legal - Escrow review from prior transactions and related title review | - | - | - | - | - |
| MALITZLAW INC | Tier 2 | Legal - Immigration, Labor, and Wages Matters | - | - | - | - | - |
| MOSS ADAMS LLP | Tier 2 | 401(K) Plan Audit | - | - | - | - | - |
| POTTER ANDERSON CORROON LLP | Tier 2 | Legal - Intellectual Property legal support and filings | - | - | 514.00 | 514.00 | 171.33 |
| REED SMITH LLP | Tier 2 | Legal - FDA Regulatory and Compliance review | - | - | - | - | - |
| SAGEVIEW ADVISORY GROUP LLC | Tier 2 | Retirement Plan Consulting | - | - | - | - | - |
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN LLP | Tier 2 | Legal - Supplier Agreement Review | - | - | - | - | - |
| **Total Payments** | | | $ - | $ - | $ 50,514.00 | $ 50,514.00 | $ 16,838.00 |