IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MVK FARMCO LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-11721 (LSS) <br><br> (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Monica Balos, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On February 9, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief** (Docket No. 617)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: February 12, 2024

*Monica Balos*
Monica Balos

State of Colorado     )
                      ) SS.
County of Denver      )

Subscribed and sworn before me this 12th day of February 2024 by Monica Balos.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MVK FarmCo LLC (5947); MVK Intermediate Holdings LLC (6016); Gerawan Farming LLC (1975); Gerawan Supply, Inc. (6866); Gerawan Farming Partners LLC (0072); Gerawan Farming Services LLC (7361); Wawona Farm Co. LLC (1628); Wawona Packing Co. LLC (7637); and GFP LLC (9201). The location of the Debtors' service address is: 7700 N. Palm Ave., Suite 206, Fresno, CA 93711.

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| AGCOUNTRY FARM CREDIT SERVICES | ATTN: WARREN SHOEN | 600 SOUTH HIGHWAY | SUITE 850 | | MINNEAPOLIS | MN | 55426 |
| AGRICULTURAL LABOR RELATIONS BOARD - STATE OF CALIFORNIA | C/O CAL AGRICULTURAL LABOR RELATIONS BOARD | ATTN: MICHAEL MARSH | 342 PAJARO STREET | | SALINAS | CA | 93901 |
| ALLEN LUND COMPANY, INC. | | PO BOX 51083 | | | LOS ANGELES | CA | 90051-5383 |
| ALLEN LUND COMPANY, INC. | ATTN: STEVE DOERFLER | 4529 ANGELES CREST HWY | | | LA CANADA | CA | 91011 |
| ALLY BANK | C/O AIS PORTFOLIO SERVICES, LLC | ATTN: ALLY BANK DEPARTMENT | 4515 N SANTA FE AVE, DEPT. APS | | OKLAHOMA CITY | OK | 73118 |
| BRIFO LAND LLC | C/O AG PARTNERS CAPITAL PARTNERS CAPITAL PARTNERS | ATTN: CORTLAND BARNES | 2679 WEST MAIN ST STE 300-346 | | LITTLETON | CO | 80120 |
| CAIN TRUCKING, INC | | 23004 ROAD 140 | | | TULARE | CA | 93274 |
| CAL-TEX TRANSPORTATION LLC | | 515 W SCHOOL AVE | | | VISALIA | CA | 93291 |
| CHEP USA | | FILE 749003 | | | LOS ANGELES | CA | 90074-9003 |
| COOPERATIEVE RABOBANK U.A., NEW YORK | C/O WHITE & CASE LLP | ATTN: SCOTT GREISSMAN, ANDREW ZATZ, ELIZABETH FELD, KIMBERLY A. HAVLIN, AND NIKITA E. ASH | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020-1095 |
| CROMER MATERIAL HANDLING | | PO BOX 14338 | | | OAKLAND | CA | 94614-2388 |
| DELAWARE DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY UNIT | CARVEL STATE OFFICE BUILDING | 820 N FRENCH STREET | | WILMINGTON | DE | 19801 |
| DELAWARE OFFICE OF THE ATTORNEY GENERAL | DELAWARE DEPARTMENT OF JUSTICE | CARVEL STATE BUILDING | 820 N FRENCH ST | | WILMINGTON | DE | 19801 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | FRANCHISE TAX | 401 FEDERAL ST | PO BOX 898 | DOVER | DE | 19903 |
| DELAWARE SECRETARY OF TREASURY | | PO BOX 7040 | | | DOVER | DE | 19903 |
| DELAWARE STATE TREASURY | | 820 SILVER LAKE BLVD | SUITE 100 | | DOVER | DE | 19904 |
| DEWEY & SONS, INC. | | PO BOX 938 | | | RIVERDALE | CA | 9365 |
| FOX SOLUTIONS INC | | 2200 FOX DRIVE | | | MCALLEN | TX | 78504 |
| GAR BENNETT LLC | | PO BOX 31001-3026 | | | PASADENA | CA | 91110-3026 |
| GEORGIA- PACIFIC FINANCIAL MGMT | | PO BOX 743348 | | | LOS ANGELES | CA | 90074-3348 |
| HELENA AGRI-ENTERPRISES LLC | | PO BOX 305 | | | KERMAN | CA | 93630 |
| IFCO SYSTEMS NA | | PO BOX 846041 | | | DALLAS | TX | 75284-6041 |
| INTERNAL REVENUE SERVICE | | PO BOX 21126 | | | PHILADELPHIA | PA | 19114 |
| INTERNAL REVENUE SERVICE | ATTN: SUSANNE LARSON | 31 HOPKINS PLAZA | ROOM 1150 | | BALTIMORE | MD | 21201 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| INTERNAL REVENUE SERVICE | ATTN: INSOLVENCY | 4051 OGLETOWN RD | STE 212 | | NEWARK | DE | 19713-3101 |
| KINGSBURG ORCHARDS | | PO BOX 38 | | | KINGSBURG | CA | 93631 |
| KMV FARM LABOR INC | | 2446 MCCALL AVE SUITE 101 | | | SELMA | CA | 93662 |
| LIEBELT, INC. | | 492 S. WILLOW GLEN DR | | | REEDLEY | CA | 93654 |
| M&T BANK / WILMINGTON TRUST, N.A. | ATTN: JEFFERY ROSE | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19801 |
| MAS CONTRACTING INC | | 1158 11TH ST | | | REEDLEY | CA | 93654 |
| MAXCO SUPPLY INC | | PO BOX 814 | | | PARLIER | CA | 93648 |
| MCKINSEY & COMPANY, INC | | PO BOX 7247-7255 | | | PHILADELPHIA | PA | 19170-7255 |
| METROPOLITAN LIFE INSURANCE COMPANY, A MEMBER OF THE STEERCO | C/O MORGAN, LEWIS & BOCKIUS LLP | ATTN: GLENN SIEGEL AND MATTHEW ZIEGLER | 101 PARK AVE | | NEW YORK | NY | 10178-0060 |
| MID VALLEY PACKAGING & SUPPLY | | PO BOX 96 | | | FOWLER | CA | 93625 |
| MOTEL 6/STUDIO 6 | | PO BOX 846175 | | | DALLAS | TX | 75284-6175 |
| NUTRIEN AG SOLUTIONS, INC | | 3173 S CHESTNUT | | | FRESNO | CA | 93725 |
| NUTRIEN AG SOLUTIONS, INC | ATTN: WILLIE LINDER & NANCY CHASE | 3005 ROCKY MOUNTAIN AVE | | | LOVELAND | CO | 80538 |
| OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT OF DELAWARE | C/O US ATTORNEYS OFFICE | HERCULES BUILDING | 1313 N MARKET ST | | WILMINGTON | DE | 19801 |
| PACE INTERNATIONAL LLC | ATTN: KEVIN FLAGG | PO BOX 894948 | | | LOS ANGELES | CA | 90189-4948 |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)

Page 1 of 2



**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| PAINE SCHWARTZ PARTNERS | C/O PAUL WEISS | ATTN: ALICE EATON, KAREN R. ZEITUNI, JOHN NOVAK, JAREN JANGHORBANI, CARTER GREENBAUM, AND LESLIE E. LIBERMAN | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019-6064 |
| PREPETITION AGENTS | C/O RICHARDS, LAYTON AND FINGER, P.A. | ATTN: MARC D. COLLINS | ONE RODNEY SQUARE | 920 N KING ST | WILMINGTON | DE | 19801 |
| QUICKBASE, INC. | | PO BOX 734227 | | | CHICAGO | IL | 60673-4227 |
| ROYAL BANK OF CANADA | C/O SIDLEY AUSTIN LLP | ATTN: JENNIFER HAGLE, LESLIE PLASKON, AND GENEVIEVE G. WEINER | 555 WEST FIFTH ST | SUITE 4000 | LOS ANGELES | CA | 90013 |
| SEACA PACKAGING | | 23400 71ST PLACE SOUTH | | | KENT | WA | 98032 |
| SECURITIES & EXCHANGE COMMISSION | C/O OFFICE OF GENERAL COUNSEL- BANKRUPTCY | ATTN: MICHAEL A. BERMAN | 100 F STREET NE | | WASHINGTON | DC | 20549 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR | 100 PEARL ST | SUITE 20-100 | | NEW YORK | NY | 10004-2616 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR | 3 WORLD FINANCIAL CENTER | 230 VESEY ST | SUITE 400 | NEW YORK | NY | 10281-1022 |
| LLC | | PO BOX 35143  #40039 | | | SEATTLE | WA | 98124-5143 |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 |
| TD CONTRACTING | | 968 SIERRA ST. #388 | | | KINGSBURG | CA | 93631 |
| TJ & SONS AG SERVICES | | PO BOX 797 | | | KINGSBURG | CA | 93631 |
| TRISTAR RISK MANAGEMENT | ATTN: THOMAS J. VEALE AND TIMOTHY MCINTYRE | 100 OCEANGATE | STE 840 | | LONG BEACH | CA | 90802 |
| VERDEGAAL BROTHERS INC. | ATTN: BRAYDEN SANCHEZ | 13555 S. 11TH STREET | | | HANFORD | CA | 93230 |
| VERITIV OPERATING COMPANY | | PO BOX 57006 | | | LOS ANGELES | CA | 90074-7006 |
| VERITIV OPERATING COMPANY | ATTN: NANCY BRIDE, SENIOR COUNSEL | 1000 ABERNATHY RD NE | BLDG 400, STE 1700 | | ATLANTA | GA | 30328 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS PREPETITION PROPCO AGENT | C/O COVINGTON & BURLING LLP | ATTN: RONALD A. HEWITT AND MARTIN E. BEELER | THE NEW YORK TIMES BUILDING | 620 EIGHTH AVENUE | NEW YORK | NY | 10018-1405 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS PREPETITION PROPCO AGENT | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID M. FOURNIER AND TORI L. REMINGTON | HERCULES PLAZA, SUITE 5100 | 1313 N MARKET STREET | WILMINGTON | DE | 19801 |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)

Page 2 of 2

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electonic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| 1970 GROUP, INC. | C/O BAYARD P.A. | ATTN: ERICKA F. JOHNSON | EJOHNSON@BAYARDLAW.COM |
| 1970 GROUP, INC. | C/O MAYER BROWN LLP | ATTN: BRIAN TRUST, JOAQUIN M. C DE BACA, & MONIQUE J. MULCARE | BTRUST@MAYERBROWN.COM<br>JCDEBACA@MAYERBROWN.COM<br>MMULCARE@MAYERBROWN.COM |
| AGCOUNTRY FARM CREDIT SERVICES | ATTN: WARREN SHOEN | | WARREN.SHOEN@AGCOUNTRY.COM |
| AGRICULTURAL LABOR RELATIONS BOARD - STATE OF CALIFORNIA | C/O CAL AGRICULTURAL LABOR RELATIONS BOARD | ATTN: MICHAEL MARSH | MICHAEL.MARSH@ALRB.CA.GOV |
| AIS PORTFOLIO SERVICES, LLC | ATTN: ALLY BANK DEPARTMENT | | ECFNOTICES@AISINFO.COM |
| ALLEN LUND COMPANY, INC. | | | LINDSAY.NEWTON@ALLENLUND.COM |
| ALLEN LUND COMPANY, INC. | ATTN: STEVE DOERFLER | | STEVE.DOERFLER@ALLENLUND.COM |
| ALLY BANK | C/O AIS PORTFOLIO SERVICES, LLC | ATTN: ALLY BANK DEPARTMENT | ECFNOTICES@AISINFO.COM |
| BRIFO LAND LLC | C/O AG PARTNERS CAPITAL PARTNERS CAPITAL PARTNERS | ATTN: CORTLAND BARNES | KATIE@AGPARTNERS.CAPITAL<br>CORT@AGPARTNERS.CAPITAL |
| BRIFO LAND LLC | C/O MORRIS, NICHOLS, ARSHT & TUNNEL LLP | ATTN: DEREK C ABBOT AND ERIN L. WILLIAMSON | DABBOTT@MORRISNICHOLS.COM<br>EWILLIAMSON@MORRISNICHOLS.COM |
| CAIN TRUCKING, INC | | | LAURA@CAINTRUCKING.COM |
| CHEP USA | | | ZACHARY.HOWE@CHEP.COM |
| COMPEER FINANCIAL, PCA, COMPEER FINANCIAL, FLCA, AGCOUNTRY FARM CREDIT SERVICES, PCA, AGFIRST FARM CREDIT BANK AND FARM CREDIT BANK OF TEXAS | C/O MOORE & VAN ALLEN, PLLC | ATTN: LUIS LLUBERAS, GABE MATHLESS, AND MATTHEW K. TAYLOR | LUISLLUBERAS@MVALAW.COM<br>GABRIELMATHLESS@MVALAW.COM<br>MATTHEWTAYLOR@MVALAW.COM |
| COMPEER FINANCIAL, PCA, COMPEER FINANCIAL, FLCA, AGCOUNTRY FARM CREDIT SERVICES, PCA, AGFIRST FARM CREDIT BANK AND FARM CREDIT BANK OF TEXAS | C/O BURR & FORMAN LLP | ATTN: J. CORY FALGOWSKI, ESQ. | JFALGOWSKI@BURR.COM |
| COOPERATIEVE RABOBANK U.A., NEW YORK | C/O WHITE & CASE LLP | ATTN: SCOTT GREISSMAN, ANDREW ZATZ, ELIZABETH FELD, KIMBERLY A. HAVLIN, AND NIKITA E. ASH | SGREISSMAN@WHITECASE.COM<br>AZATZ@WHITECASE.COM<br>EFELD@WHITECASE.COM<br>KIM.HAVLIN@WHITECASE.COM<br>NIKITA.ASH@WHITECASE.COM |
| COOPERATIEVE RABOBANK U.A., NEW YORK | C/O RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS & DAVID T. QUEROLI | COLLINS@RLF.COM<br>QUEROLI@RLF.COM |
| CROMER MATERIAL HANDLING | | | DROMERO@CROMER.COM |
| DELAWARE DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY UNIT | | ATTORNEY.GENERAL@STATE.DE.US<br>ATTORNEY.GENERAL@DELAWARE.GOV |
| DELAWARE OFFICE OF THE ATTORNEY GENERAL | DELAWARE DEPARTMENT OF JUSTICE | | ATTORNEY.GENERAL@DELAWARE.GOV |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | | DOSDOC_BANKRUPTCY@STATE.DE.US |
| DELAWARE STATE TREASURY | | | STATETREASURER@STATE.DE.US |
| DEWEY & SONS, INC. | | | DEWEYTRUCKING@YAHOO.COM |
| FOWLER PACKING | C/O WANGER JONES HELSLEY | ATTN: RILEY C. WALTER | RIBTECF@WJHATTORNEYS.COM |
| FOX SOLUTIONS INC | | | INFO@FOXBAG.COM |
| GAR BENNETT LLC | | | CWHITEHEAD@GARBENNETT.COM |
| HELENA AGRI-ENTERPRISES LLC | | | CHAVEZE@HELENAAGRI.COM |
| IFCO SYSTEMS NA | | | RPCORDERS@IFCO.COM |
| INTERNAL REVENUE SERVICE | ATTN: SUSANNE LARSON | | SBSE.INSOLVENCY.BALT@IRS.GOV |
| LIEBELT, INC. | | | MYRONLIEBELT@GMAIL.COM |
| MAS CONTRACTING INC | | | MASCONTRACTING@GMAIL.COM |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)



**Exhibit B**
Served via Electonic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| MAXCO SUPPLY INC | | | EDEN.CODDE@MAXCOPACKAGING.COM |
| MCKINSEY & COMPANY, INC | | | LAUREN_OLIVER@MCKINSEY.COM |
| METROPOLITAN LIFE INSURANCE COMPANY | C/O ROBINSON & COLE LLP | ATTN: JAMIE L. EDMONSON | JEDMONSON@RC.COM |
| METROPOLITAN LIFE INSURANCE COMPANY | C/O ROBINSON & COLE LLP | ATTN: RACHEL JAFFE MAUCERI | RAMUCERI@RC.COM |
| METROPOLITAN LIFE INSURANCE COMPANY | C/O MORGAN, LEWIS & BOCKIUS LLP | ATTN: CELINE M. DESANTIS AND MICHAEL K. GOCKSCH | CELINE.DESANTIS@MORGANLEWIS.COM MICHAEL.GOCKSCH@MORGANLEWIS.COM |
| METROPOLITAN LIFE INSURANCE COMPANY, A MEMBER OF THE STEERCO | C/O MORGAN, LEWIS & BOCKIUS LLP | ATTN: GLENN SIEGEL AND MATTHEW ZIEGLER | GLENN.SIEGEL@MORGANLEWIS.COM MATTHEW.ZIEGLER@MORGANLEWIS.COM |
| MOTEL 6/STUDIO 6 | | | ONLINE@MOTEL6.COM |
| NEGOCIOS LIBERTAD LLC | C/O WOMBLE BOND DICKINSON (US) LLP | ATTN: DONALD J. DETWEILER AND MORGAN L. PATTERSON | DON.DETWEILER@WBD-US.COM MORGAN.PATTERSON@WBD-US.COM |
| NUTRIEN AG SOLUTIONS, INC | | | RITA.CANALES@NUTRIEN.COM |
| NUTRIEN AG SOLUTIONS, INC | C/O TAFT STETTINIUS & HOLLISTER LLP | ATTN: KAYLA D. BRITTON | KBRITTON@TAFTLAW.COM |
| NUTRIEN AG SOLUTIONS, INC | C/O BAYARD, P.A. | ATTN: ERICKA F. JOHNSON AND STEVEN D. ADLER | EJOHNSON@BAYARDLAW.COM SADLER@BAYARDLAW.COM |
| NUTRIEN AG SOLUTIONS, INC | ATTN: WILLIE LINDER & NANCY CHASE | | WILLIE.LINDER@NUTRIEN.COM NANCY.CHASE@NUTRIEN.COM |
| OFFICE OF THE U.S. TRUSTEE FOR THE DISTRICT OF DELAWARE | ATTN: ROSA SIERRA-FOX | | USTPREGION03.WL.ECF@USDOJ.GOV ROSA.SIERRA@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MVK FARMCO LLC, ET AL | C/O LOWENSTEIN SANDLER LLP | ATTN: JEFFREY D. PROL, ANDREW D. BEHLMANN, AND COLLEEN M RESTEL | JPROL@LOWENSTEIN.COM ABEHLMANN@LOWENSTEIN.COM CRESTEL@LOWENSTEIN.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MVK FARMCO LLC, ET AL | C/O GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL AND MICHAEL VAN GORDER | MBUSENKELL@GSBBLAW.COM MVANGORDER@GSBBLAW.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MVKFARMCO LLC, ET AL | ATTN: BRUCE S. NATHAN | | BNATHAN@LOWENSTEIN.COM |
| PACE INTERNATIONAL LLC | ATTN: KEVIN FLAGG | | JUNELLE.BYRD@PACEINT.COM KEVIN.FLAGG@VALENT.COM |
| PAINE SCHWARTZ PARTNERS | C/O PAUL WEISS | ATTN: ALICE EATON, KAREN R. ZEITUNI, JOHN NOVAK, JAREN JANGHORBANI, CARTER GREENBAUM, AND LESLIE E. LIBERMAN | AEATON@PAULWEISS.COM KZEITUNI@PAULWEISS.COM JNOVAK@PAINESCHWARTZ.COM JJANGHORBANI@PAULWEISS.COM CGREENBAUM@PAULWEISS.COM LLIBERMAN@PAULWEISS.COM |
| PAINE SCHWARTZ PARTNERS, LLC | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: DANIEL A. MASON | DMASON@PAULWEISS.COM |
| PREPETITION AGENTS | C/O RICHARDS, LAYTON AND FINGER, P.A. | ATTN: MARC D. COLLINS | COLLINS@RLF.COM |
| QUICKBASE, INC. | | | DCARRILLO@QUICKBASE.COM |
| RICKY PEACHER, MELISSA K. IRWIN, AND DUSTIN J. IRWIN | C/O BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | DKLAUDER@BK-LEGAL.COM |
| ROYAL BANK OF CANADA | C/O SIDLEY AUSTIN LLP | ATTN: JENNIFER HAGLE, LESLIE PLASKON, AND GENEVIEVE G. WEINER | JHAGLE@SIDLEY.COM LPLASKON@SIDLEY.COM GWEINER@SIDLEY.COM |
| ROYAL BANK OF CANADA | C/O RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS AND DAVID T. QUEROLI | COLLINS@RLF.COM QUEROLI@RLF.COM |
| ROYAL BANK OF CANADA | C/O SIDLEY AUSTIN LLP | ATTN: ALLISON ROSS STROMBERG | ASTROMBERG@SIDLEY.COM |
| SEACA PACKAGING | | | JENNIFER@SEATTLEBOX.COM CASSIED@SEATTLEBOX.COM |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)

Page 2 of 3

Document Ref: 4658G-FUGH5-NHRDW-FOLWK

Page 7 of 8



**Exhibit B**
Served via Electonic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | C/O OFFICE OF GENERAL COUNSEL-BANKRUPTCY | ATTN: MICHAEL A. BERMAN | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR | | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | | XAVIER.BECERRA@DOJ.CA.GOV |
| STONE COLD (CA) LP | C/O MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: CURTIS S. MILLER | CMILLER@MORRISNICHOLS.COM |
| STONE COLD (CA) LP | C/O CHAFFETZ LINDSEY LLP | ATTN: ALAN J. LIPKIN | ALAN.LIPKIN@CHAFFETZLINDSEY.COM |
| SUN WORLD INTERNATIONAL, LLC | C/O BAYARD, P.A. | ATTN: ERICKA F. JOHNSON | EJOHNSON@BAYARDLAW.COM |
| SUN WORLD INTERNATIONAL, LLC | C/O FOLEY & LARDNER LLP | ATTN: SHANE J. MOSES | SMOSES@FOLEY.COM |
| TD CONTRACTING | | | AIMEE@TD-CONTRACTING.COM |
| TRISTAR RISK MANAGEMENT | ATTN: THOMAS J. VEALE AND TIMOTHY MCINTYRE | | TOM.VEALE@TRISTARGROUP.NET TIM.MCINTYRE@TRISTARGROUP.NET |
| VERDEGAAL BROTHERS INC. | ATTN: BRAYDEN SANCHEZ | | BSANCHEZ@VERDEGAALBROTHERS.COM |
| VERITIV OPERATING COMPANY | | | BRETT.KARRAKER@VERITIVCORP.COM |
| VERITIV OPERATING COMPANY | ATTN: NANCY BRIDE, SENIOR COUNSEL | | NANCY.BRIDE@VERITIVCORP.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION AND WELLS FARGO EQUIPMENT FINANCE, INC | C/O BALLARD SPAHR LLP | ATTN: MATTHEW G. SUMMERS AND MARGARET A. VESPER | SUMMERSM@BALLARDSPAHR.COM VESPERM@BALLARDSPAHR.COM |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS PREPETITION PROPCO AGENT | C/O COVINGTON & BURLING LLP | ATTN: RONALD A. HEWITT AND MARTIN E. BEELER | RHEWITT@COV.COM MBEELER@COV.COM |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS PREPETITION PROPCO AGENT | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID M. FOURNIER AND TORI L. REMINGTON | DAVID.FOURNIER@TROUTMAN.COM TORI.REMINGTON@TROUTMAN.COM |
| YELLOW PARLIER III LLC | C/O SUSSMAN SHANK LLP | ATTN: JEFFREY C. MISLEY & GARRETT S. EGGEN | JMISLEY@SUSSMANSHANK.COM GEGGEN@SUSSMANSHANK.COM |
| YELLOW PARLIER III LLC | C/O POTTER ANDERSON & CORROON LLP | ATTN: BRETT M. HAYWOOD | BHAYWOOD@POTTERANDERSON.COM |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)

Page 3 of 3

Document Ref: 4658G-FUGH5-NHRDW-FOLWK

Page 8 of 8