## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MVK FARMCO LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11721 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Monica Balos, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On February 28, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic on the service list attached hereto as **Exhibit B**:

- **Omnibus Order Approving Interim Fee Applications of Certain Debtors' Professionals for the Period From October 13, 2023 Through December 31, 2023** (Docket No. 713)

- **Order (I) Authorizing and Approving the Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief** (Docket No. 714)

- **Third Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552 and Fed. R. Bankr. P. 2002, 4001, 6004, and 9014 (I) Authorizing the Debtors To (a) Obtain Senior Secured Superpriority Postpetition Financing and (b) Use Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief** (Docket No. 715)

- **Order Authorizing the Debtors to Enter into New Real Property Leases** (Docket No. 716)

- **Notice of Rejection of the Lease Agreement with Stone Cold (CA) LP** (Docket No.717)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: MVK FarmCo LLC (5947); MVK Intermediate Holdings LLC (6016); Gerawan Farming LLC (1975); Gerawan Supply, Inc. (6866); Gerawan Farming Partners LLC (0072); Gerawan Farming Services LLC (7361); Wawona Farm Co. LLC (1628); Wawona Packing Co. LLC (7637); and GFP LLC (9201). The location of the Debtors' service address is: 7700 N. Palm Ave., Suite 206, Fresno, CA 93711.

Furthermore, on February 28, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D** and on eighty-two (82) confidential parties not included herein:

- **Order (I) Authorizing and Approving the Sale of Certain Nonresidential Real Property Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief** (Docket No. 714)

Furthermore, on February 28, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**:

- **Order Authorizing the Debtors to Enter into New Real Property Leases** (Docket No. 716)

Furthermore, on February 28, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit F**, and via electronic mail on the service list attached hereto as **Exhibit G**:

- **Notice of Rejection of the Lease Agreement with Stone Cold (CA) LP** (Docket No.717)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: February 29, 2024

*Monica Balos*
Monica Balos

State of Colorado   )
                    ) SS.
County of Denver    )

Subscribed and sworn before me this 29th day of February 2024 by Monica Balos.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AGCOUNTRY FARM CREDIT SERVICES | ATTN: WARREN SHOEN | 600 SOUTH HIGHWAY SUITE 850 | | MINNEAPOLIS | MN | 55426 |
| AGRICULTURAL LABOR RELATIONS BOARD | C/O AGRICULT LABOR RELATIONS BOARD | ATTN: MICHAEL MARSH | 342 PAJARO STREET | SALINAS | CA | 93901 |
| ALLEN LUND COMPANY INC. | ATTN: STEVE DOERFLER | 4529 ANGELES CREST HWY | | LA CANADA | CA | 91011 |
| ALLEN LUND COMPANY INC. | ATTN: LEGAL DEPT | PO BOX 51083 | | LOS ANGELES | CA | 90051-5383 |
| ALLY BANK | C/O AIS PORTFOLIO SERVICES LLC | ATTN: ALLY BANK DEPARTMENT | 4515 N SANTA FE AVE DEPT. APS | OKLAHOMA CITY | OK | 73118 |
| BRIFO LAND LLC | AG PARTNERS | 2679 WEST MAIN ST STE300-346 | | LITTLETON | CO | 80120 |
| CAIN TRUCKING INC | ATTN: LEGAL DEPT | 23004 ROAD 140 | | TULARE | CA | 93274 |
| CAL-TEX TRANSPORTATION LLC | ATTN: LEGAL DEPT | 515 W SCHOOL AVE | | VISALIA | CA | 93291 |
| CHEP USA | ATTN: LEGAL DEPT | FILE 749003 | | LOS ANGELES | CA | 90074-9003 |
| COÖPERATIEVE RABOBANK U.A NY BRANCH | C/O WHITE & CASE LLP | ATTN: SCOTT GREISSMAN ET AL | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| DE OFFICE OF THE ATTORNEY GENERAL | DELAWARE DEPARTMENT OF JUSTICE | CARVEL STATE BUILDING | 820 N FRENCH ST | WILMINGTON | DE | 19801 |
| DELAWARE DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY UNIT | CARVEL STATE OFFICE BUILDING | 820 N FRENCH STREET | WILMINGTON | DE | 19801 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | FRANCHISE TAX | 401 FEDERAL ST PO BOX 898 | DOVER | DE | 19903 |
| DELAWARE SECRETARY OF TREASURY | ATTN: LEGAL DEPT | PO BOX 7040 | | DOVER | DE | 19903 |
| DELAWARE STATE TREASURY | ATTN: LEGAL DEPT | 820 SILVER LAKE BLVD SUITE 100 | | DOVER | DE | 19904 |
| DEWEY & SONS INC. | ATTN: LEGAL DEPT | PO BOX 938 | | RIVERDALE | CA | 9365 |
| FOX SOLUTIONS INC | ATTN: LEGAL DEPT | 2200 FOX DRIVE | | MCALLEN | TX | 78504 |
| GAR BENNETT LLC | ATTN: LEGAL DEPT | PO BOX 31001-3026 | | PASADENA | CA | 91110-3026 |
| GEORGIA- PACIFIC FINANCIAL MGMT | ATTN: LEGAL DEPT | PO BOX 743348 | | LOS ANGELES | CA | 90074-3348 |
| HELENA AGRI-ENTERPRISES LLC | ATTN: LEGAL DEPT | PO BOX 305 | | KERMAN | CA | 93630 |
| IFCO SYSTEMS NA | ATTN: LEGAL DEPT | PO BOX 846041 | | DALLAS | TX | 75284-6041 |
| INTERNAL REVENUE SERVICE | ATTN: SUSANNE LARSON | 31 HOPKINS PLAZA ROOM 1150 | | BALTIMORE | MD | 21201 |
| INTERNAL REVENUE SERVICE | ATTN: INSOLVENCY | 4051 OGLETOWN RD STE 212 | | NEWARK | DE | 19713-3101 |
| INTERNAL REVENUE SERVICE | ATTN: LEGAL DEPT | PO BOX 21126 | | PHILADELPHIA | PA | 19114 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 |
| KINGSBURG ORCHARDS | ATTN: LEGAL DEPT | PO BOX 38 | | KINGSBURG | CA | 93631 |
| KMV FARM LABOR INC | ATTN: LEGAL DEPT | 2446 MCCALL AVE SUITE 101 | | SELMA | CA | 93662 |
| LIEBELT INC. | ATTN: LEGAL DEPT | 492 S. WILLOW GLEN DR | | REEDLEY | CA | 93654 |
| M&T BANK / WILMINGTON TRUST N.A. | ATTN: JEFFERY ROSE | 1100 NORTH MARKET STREET | | WILMINGTON | DE | 19801 |
| MAS CONTRACTING INC | ATTN: LEGAL DEPT | 1158 11TH ST | | REEDLEY | CA | 93654 |
| MAXCO SUPPLY INC | ATTN: LEGAL DEPT | PO BOX 814 | | PARLIER | CA | 93648 |
| MCKINSEY & COMPANY INC | ATTN: LEGAL DEPT | PO BOX 7247-7255 | | PHILADELPHIA | PA | 19170-7255 |
| METROPOLITAN LIFE INSURANCE COMPANY | C/O MORGAN LEWIS & BOCKIUS LLP | ATTN: GLENN SIEGEL ET AL | 101 PARK AVE | NEW YORK | NY | 10178-0060 |
| MID VALLEY PACKAGING & SUPPLY | ATTN: LEGAL DEPT | PO BOX 96 | | FOWLER | CA | 93625 |
| MOTEL 6/STUDIO 6 | ATTN: LEGAL DEPT | PO BOX 846175 | | DALLAS | TX | 75284-6175 |
| NUTRIEN AG SOLUTIONS INC | ATTN: WILLIE LINDER & NANCY CHASE | 3005 ROCKY MOUNTAIN AVE | | LOVELAND | CO | 80538 |
| NUTRIEN AG SOLUTIONS INC | ATTN: LEGAL DEPT | 3173 S CHESTNUT | | FRESNO | CA | 93725 |
| OFFICE OF THE U.S. ATTORNEY DE | C/O US ATTORNEYS OFFICE | HERCULES BUILDING 1313 N MARKET ST | | WILMINGTON | DE | 19801 |
| PACE INTERNATIONAL LLC | ATTN: LEGAL DEPT | PO BOX 894948 | | LOS ANGELES | CA | 90189-4948 |
| PAINE SCHWARTZ PARTNERS | C/O PAUL WEISS | ATTN: ALICE EATON ET AL | 1285 AVENUE OF THE AMERICAS | NEW YORK | NY | 10019-6064 |
| PREPETITION AGENTS | C/O RICHARDS LAYTON AND FINGER P.A. | ATTN: MARC D. COLLINS | ONE RODNEY SQUARE 920 N KING ST | WILMINGTON | DE | 19801 |
| QUICKBASE INC | ATTN: LEGAL DEPT | PO BOX 734227 | | CHICAGO | IL | 60673-4227 |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)

Page 1 of 2

Document Ref: ZJAEZ-QGFUA-XWNWH-6QQ8G    Page 4 of 19



# Exhibit A
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ROYAL BANK OF CANADA | C/O SIDLEY AUSTIN LLP | ATTN: JENNIFER HAGLE ET AL | 555 WEST FIFTH ST SUITE 4000 | LOS ANGELES | CA | 90013 |
| SEACA PACKAGING | ATTN: LEGAL DEPT | 23400 71ST PLACE SOUTH | | KENT | WA | 98032 |
| SECURITIES & EXCHANGE COMMISSION | C/O OFFICE OF GENERAL COUNSEL | ATTN: MICHAEL A. BERMAN | 100 F STREET NE | WASHINGTON | DC | 20549 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR | 100 PEARL ST SUITE 20-100 | | NEW YORK | NY | 10004-2616 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR | 3 WORLD FINANCIAL CENTER | 230 VESEY ST SUITE 400 | NEW YORK | NY | 10281-1022 |
| SINCLAIR SYSTEMS INTERNATIONAL LLC | ATTN: LEGAL DEPT | PO BOX 35143  #40039 | | SEATTLE | WA | 98124-5143 |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255 | | SACRAMENTO | CA | 94244-2550 |
| TD CONTRACTING | ATTN: LEGAL DEPT | 968 SIERRA ST. #388 | | KINGSBURG | CA | 93631 |
| TJ & SONS AG SERVICES | ATTN: LEGAL DEPT | PO BOX 797 | | KINGSBURG | CA | 93631 |
| TRISTAR RISK MANAGEMENT | ATTN: LEGAL DEPT | 100 OCEANGATE STE 840 | | LONG BEACH | CA | 90802 |
| VERDEGAAL BROTHERS INC. | ATTN: BRAYDEN SANCHEZ | 13555 S. 11TH STREET | | HANFORD | CA | 93230 |
| VERITIV OPERATING COMPANY | ATTN: NANCY BRIDE  SENIOR COUNSEL | 1000 ABERNATHY RD NE B 400 STE 1700 | | ATLANTA | GA | 30328 |
| VERITIV OPERATING COMPANY | ATTN: LEGAL DEPT | PO BOX 57006 | | LOS ANGELES | CA | 90074-7006 |
| WAWONA DELAWARE HOLDINGS LLC | ATTN: LEGAL DEPARTMENT | ONE FRANKLIN PKWY BLDG 910  STE 120 | | SAN MATEO | CA | 94403 |
| WILMINGTON TRUST N.A. | C/O COVINGTON & BURLING LLP | ATTN: RONALD HEWITT MARTIN BEELER | NYT BUILDING 620 EIGHTH AVE | NEW YORK | NY | 10018-1405 |
| WILMINGTON TRUST N.A. | C/O TROUTMAN PEPPER HAMILTON ET AL | ATTN: DAVID M. FOURNIER ET AL | HERCULES STE 5100 1313 N MARKET ST | WILMINGTON | DE | 19801 |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)

Page 2 of 2

Document Ref: ZJAEZ-QGFUA-XWNWH-6QQ8G    Page 5 of 19

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| 1970 GROUP, INC. | C/O BAYARD P.A. | ATTN: ERICKA F. JOHNSON | EJOHNSON@BAYARDLAW.COM |
| 1970 GROUP, INC. | C/O MAYER BROWN LLP | ATTN: BRIAN TRUST, JOAQUIN M. C DE BACA, & MONIQUE J. MULCARE | BTRUST@MAYERBROWN.COM<br>JCDEBACA@MAYERBROWN.COM<br>MMULCARE@MAYERBROWN.COM |
| AGCOUNTRY FARM CREDIT SERVICES | ATTN: WARREN SHOEN | | WARREN.SHOEN@AGCOUNTRY.COM |
| AGRICULTURAL LABOR RELATIONS BOARD - STATE OF CALIFORNIA | C/O CAL AGRICULTURAL LABOR RELATIONS BOARD | ATTN: MICHAEL MARSH | MICHAEL.MARSH@ALRB.CA.GOV |
| AIS PORTFOLIO SERVICES, LLC | ATTN: ALLY BANK DEPARTMENT | 4515 N SANTA FE AVE, DEPT APS | ECFNOTICES@AISINFO.COM |
| ALLEN LUND COMPANY, INC. | | | LINDSAY.NEWTON@ALLENLUND.COM |
| ALLEN LUND COMPANY, INC. | ATTN: STEVE DOERFLER | | STEVE.DOERFLER@ALLENLUND.COM |
| ALLY BANK | C/O AIS PORTFOLIO SERVICES, LLC | ATTN: ALLY BANK DEPARTMENT | ECFNOTICES@AISINFO.COM |
| BRIFO LAND LLC | C/O AG PARTNERS CAPITAL PARTNERS CAPITAL PARTNERS | ATTN: CORTLAND BARNES | KATIE@AGPARTNERS.CAPITAL<br>CORT@AGPARTNERS.CAPITAL |
| BRIFO LAND LLC | C/O MORRIS, NICHOLS, ARSHT & TUNNEL LLP | ATTN: DEREK C ABBOT AND ERIN L. WILLIAMSON | DABBOTT@MORRISNICHOLS.COM<br>EWILLIAMSON@MORRISNICHOLS.COM |
| CAIN TRUCKING, INC | | | LAURA@CAINTRUCKING.COM |
| CHEP USA | | | ZACHARY.HOWE@CHEP.COM |
| COMPEER FINANCIAL, PCA, COMPEER FINANCIAL, FLCA, AGCOUNTRY FARM CREDIT SERVICES, PCA, AGFIRST FARM CREDIT BANK AND FARM CREDIT BANK OF TEXAS | C/O MOORE & VAN ALLEN, PLLC | ATTN: LUIS LLUBERAS, GABE MATHLESS, AND MATTHEW K. TAYLOR | LUISLLUBERAS@MVALAW.COM<br>GABRIELMATHLESS@MVALAW.COM<br>MATTHEWTAYLOR@MVALAW.COM |
| COMPEER FINANCIAL, PCA, COMPEER FINANCIAL, FLCA, AGCOUNTRY FARM CREDIT SERVICES, PCA, AGFIRST FARM CREDIT BANK AND FARM CREDIT BANK OF TEXAS | C/O BURR & FORMAN LLP | ATTN: J. CORY FALGOWSKI, ESQ. | JFALGOWSKI@BURR.COM |
| COOPERATIEVE RABOBANK U.A., NEW YORK | C/O WHITE & CASE LLP | ATTN: SCOTT GREISSMAN, ANDREW ZATZ, ELIZABETH FELD, KIMBERLY A. HAVLIN, AND NIKITA E. ASH | SGREISSMAN@WHITECASE.COM<br>AZATZ@WHITECASE.COM<br>EFELD@WHITECASE.COM<br>KIM.HAVLIN@WHITECASE.COM<br>NIKITA.ASH@WHITECASE.COM |
| COOPERATIEVE RABOBANK U.A., NEW YORK | C/O RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS & DAVID T. QUEROLI | COLLINS@RLF.COM<br>QUEROLI@RLF.COM |
| DELAWARE DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY UNIT | | ATTORNEY.GENERAL@STATE.DE.US<br>ATTORNEY.GENERAL@DELAWARE.GOV |
| DELAWARE OFFICE OF THE ATTORNEY GENERAL | DELAWARE DEPARTMENT OF JUSTICE | | ATTORNEY.GENERAL@DELAWARE.GOV |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | | DOSDOC_BANKRUPTCY@STATE.DE.US |
| DELAWARE STATE TREASURY | | | STATETREASURER@STATE.DE.US |
| DEWEY & SONS, INC. | | | DEWEYTRUCKING@YAHOO.COM |
| FOWLER PACKING | C/O WANGER JONES HELSLEY | ATTN: RILEY C. WALTER | RIBTECF@WJHATTORNEYS.COM |
| FOX SOLUTIONS INC | | | INFO@FOXBAG.COM |
| GAR BENNETT LLC | | | CWHITEHEAD@GARBENNETT.COM |
| HELENA AGRI-ENTERPRISES LLC | | | CHAVEZE@HELENAAGRI.COM |
| IFCO SYSTEMS NA | | | RPCORDERS@IFCO.COM |
| INTERNAL REVENUE SERVICE | ATTN: SUSANNE LARSON | | SBSE.INSOLVENCY.BALT@IRS.GOV |
| LIEBELT, INC. | | | MYRONLIEBELT@GMAIL.COM |
| MAS CONTRACTING INC | | | MASCONTRACTING@GMAIL.COM |
| MAXCO SUPPLY INC | | | EDEN.CODDE@MAXCOPACKAGING.COM |
| MCKINSEY & COMPANY, INC | | | LAUREN_OLIVER@MCKINSEY.COM |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)

Page 1 of 3



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | C/O ROBINSON & COLE LLP | ATTN: JAMIE L. EDMONSON | JEDMONSON@RC.COM |
| METROPOLITAN LIFE INSURANCE COMPANY | C/O ROBINSON & COLE LLP | ATTN: RACHEL JAFFE MAUCERI | RAMUCERI@RC.COM |
| METROPOLITAN LIFE INSURANCE COMPANY | C/O MORGAN, LEWIS & BOCKIUS LLP | ATTN: CELINE M. DESANTIS AND MICHAEL K. GOCKSCH | CELINE.DESANTIS@MORGANLEWIS.COM MICHAEL.GOCKSCH@MORGANLEWIS.COM |
| METROPOLITAN LIFE INSURANCE COMPANY, A MEMBER OF THE STEERCO | C/O MORGAN, LEWIS & BOCKIUS LLP | ATTN: GLENN SIEGEL AND MATTHEW ZIEGLER | GLENN.SIEGEL@MORGANLEWIS.COM MATTHEW.ZIEGLER@MORGANLEWIS.COM |
| MOTEL 6/STUDIO 6 | | | ONLINE@MOTEL6.COM |
| NEGOCIOS LIBERTAD LLC | C/O WOMBLE BOND DICKINSON (US) LLP | ATTN: DONALD J. DETWEILER AND MORGAN L. PATTERSON | DON.DETWEILER@WBD-US.COM MORGAN.PATTERSON@WBD-US.COM |
| NUTRIEN AG SOLUTIONS, INC | | | RITA.CANALES@NUTRIEN.COM |
| NUTRIEN AG SOLUTIONS, INC | C/O TAFT STETTINIUS & HOLLISTER LLP | ATTN: KAYLA D. BRITTON | KBRITTON@TAFTLAW.COM |
| NUTRIEN AG SOLUTIONS, INC | C/O BAYARD, P.A. | ATTN: ERICKA F. JOHNSON AND STEVEN D. ADLER | EJOHNSON@BAYARDLAW.COM SADLER@BAYARDLAW.COM |
| NUTRIEN AG SOLUTIONS, INC | ATTN: WILLIE LINDER & NANCY CHASE | | WILLIE.LINDER@NUTRIEN.COM NANCY.CHASE@NUTRIEN.COM |
| OFFICE OF THE U.S. TRUSTEE FOR THE DISTRICT OF DELAWARE | ATTN: ROSA SIERRA-FOX | | USTPREGION03.WL.ECF@USDOJ.GOV ROSA.SIERRA@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MVK FARMCO LLC, ET AL | C/O LOWENSTEIN SANDLER LLP | ATTN: JEFFREY D. PROL, ANDREW D. BEHLMANN, AND COLLEEN M RESTEL | JPROL@LOWENSTEIN.COM ABEHLMANN@LOWENSTEIN.COM CRESTEL@LOWENSTEIN.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MVK FARMCO LLC, ET AL | C/O GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL AND MICHAEL VAN GORDER | MBUSENKELL@GSBBLAW.COM MVANGORDER@GSBBLAW.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MVKFARMCO LLC, ET AL | C/O LOWENSTEIN SANDLER LLP | ATTN: BRUCE S. NATHAN | BNATHAN@LOWENSTEIN.COM |
| PACE INTERNATIONAL LLC | ATTN: KEVIN FLAGG | | JUNELLE.BYRD@PACEINT.COM KEVIN.FLAGG@VALENT.COM |
| PAINE SCHWARTZ PARTNERS | C/O PAUL WEISS | ATTN: ALICE EATON, KAREN R. ZEITUNI, JOHN NOVAK, JAREN JANGHORBANI, CARTER GREENBAUM, AND LESLIE E. LIBERMAN | AEATON@PAULWEISS.COM KZEITUNI@PAULWEISS.COM JNOVAK@PAINESCHWARTZ.COM JJANGHORBANI@PAULWEISS.COM CGREENBAUM@PAULWEISS.COM LLIBERMAN@PAULWEISS.COM |
| PAINE SCHWARTZ PARTNERS, LLC | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: DANIEL A. MASON | DMASON@PAULWEISS.COM |
| PREPETITION AGENTS | C/O RICHARDS, LAYTON AND FINGER, P.A. | ATTN: MARC D. COLLINS | COLLINS@RLF.COM |
| QUICKBASE, INC. | | | DCARRILLO@QUICKBASE.COM |
| RICKY PEACHER, MELISSA K. IRWIN, AND DUSTIN J. IRWIN | C/O BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER | DKLAUDER@BK-LEGAL.COM |
| ROYAL BANK OF CANADA | C/O SIDLEY AUSTIN LLP | ATTN: JENNIFER HAGLE, LESLIE PLASKON, AND GENEVIEVE G. WEINER | JHAGLE@SIDLEY.COM LPLASKON@SIDLEY.COM GWEINER@SIDLEY.COM |
| ROYAL BANK OF CANADA | C/O RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS AND DAVID T. QUEROLI | COLLINS@RLF.COM QUEROLI@RLF.COM |
| ROYAL BANK OF CANADA | C/O SIDLEY AUSTIN LLP | ATTN: ALLISON ROSS STROMBERG | ASTROMBERG@SIDLEY.COM |
| SEACA PACKAGING | | | JENNIFER@SEATTLEBOX.COM CASSIED@SEATTLEBOX.COM |
| SECURITIES & EXCHANGE COMMISSION | C/O OFFICE OF GENERAL COUNSEL-BANKRUPTCY | ATTN: MICHAEL A. BERMAN | SECBANKRUPTCY-OGC-ADO@SEC.GOV |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)

Page 2 of 3

Document Ref: ZJAEZ-QGFUA-XWNWH-6QQ8G    Page 8 of 19



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR | | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | | XAVIER.BECERRA@DOJ.CA.GOV |
| STONE COLD (CA) LP | C/O MORRIS NICHOLS ARSHT & TUNNELL | ATTN: CURTIS S. MILLER | CMILLER@MORRISNICHOLS.COM |
| STONE COLD (CA) LP | C/O CHAFFETZ LINDSEY LLP | ATTN: ALAN J. LIPKIN | ALAN.LIPKIN@CHAFFETZLINDSEY.COM |
| SUN WORLD INTERNATIONAL, LLC | C/O BAYARD, P.A. | ATTN: ERICKA F. JOHNSON | EJOHNSON@BAYARDLAW.COM |
| SUN WORLD INTERNATIONAL, LLC | C/O FOLEY & LARDNER LLP | ATTN: SHANE J. MOSES | SMOSES@FOLEY.COM |
| TD CONTRACTING | | | AIMEE@TD-CONTRACTING.COM |
| TRISTAR RISK MANAGEMENT | ATTN: THOMAS J. VEALE AND TIMOTHY MCINTYRE | | TOM.VEALE@TRISTARGROUP.NET TIM.MCINTYRE@TRISTARGROUP.NET |
| VERDEGAAL BROTHERS INC. | ATTN: BRAYDEN SANCHEZ | | BSANCHEZ@VERDEGAALBROTHERS.COM |
| VERITIV OPERATING COMPANY | | | BRETT.KARRAKER@VERITIVCORP.COM |
| VERITIV OPERATING COMPANY | ATTN: NANCY BRIDE, SENIOR COUNSEL | | NANCY.BRIDE@VERITIVCORP.COM |
| WELLS FARGO BANK, NATIONAL ASSOCIATION AND WELLS FARGO EQUIPMENT FINANCE, INC | C/O BALLARD SPAHR LLP | ATTN: MATTHEW G. SUMMERS AND MARGARET A. VESPER | SUMMERSM@BALLARDSPAHR.COM VESPERM@BALLARDSPAHR.COM |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS PREPETITION PROPCO | C/O COVINGTON & BURLING LLP | ATTN: RONALD A. HEWITT AND MARTIN E. BEELER | RHEWITT@COV.COM MBEELER@COV.COM |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS PREPETITION PROPCO | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DAVID M. FOURNIER AND TORI L. REMINGTON | DAVID.FOURNIER@TROUTMAN.COM TORI.REMINGTON@TROUTMAN.COM |
| YELLOW PARLIER III LLC | C/O SUSSMAN SHANK LLP | ATTN: JEFFREY C. MISLEY & GARRETT S. EGGEN | JMISLEY@SUSSMANSHANK.COM GEGGEN@SUSSMANSHANK.COM |
| YELLOW PARLIER III LLC | C/O POTTER ANDERSON & CORROON LLP | ATTN: BRETT M. HAYWOOD | BHAYWOOD@POTTERANDERSON.COM |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)
Page 3 of 3

Document Ref: ZJAEZ-QGFUA-XWNWH-6QQ8G    Page 9 of 19

# **Exhibit C**

Document Ref: ZJAEZ-QGFUA-XWNWH-6QQ8G



**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY | ATTN: LEGAL DEPT | 1 POST ST FL 35 | | SAN FRANCISCO | CA | 94104-5239 | |
| ALTA IRRIGATION DISTRICT | ATTN: LEGAL DEPT | 289 NORTH L ST | | DINUBA | CA | 93618 | |
| ARCH INSURANCE COMPANY | ATTN: LEGAL DEPT | 210 HUDSON ST SUITE 300 | HARBORSIDE 3 | JERSEY CITY | NJ | 7311 | |
| BANK OF THE WEST | ATTN: LEGAL DEPT | 505 MONTGOMERY ST | | SAN FRANCISCO | CA | 94111 | |
| CA DEPARTMENT OF PUBLIC HEALTH | ATTN: LEGAL DEPT | MS 7602  PO BOX 997435 | | SACRAMENTO | CA | 95899-7435 | |
| CDFA 90012 | ATTN: LEGAL DEPT | 1220 N ST | | SACRAMENTO | CA | 95814 | |
| CITY OF VISALIA | ATTN: LEGAL DEPT | 7579 AVENUE 288 | | VISALIA | CA | 92377 | |
| CNH CAPITAL AMERICA LLC | ATTN: LEGAL DEPT | 700 STATE ST | | RACINE | WI | 53404-3392 | |
| CNH INDUSTRIAL CAPITAL AMERICA LLC | CNH INDUSTRIAL CAPITAL AMERICA | PO BOX 71264 | | PHILADELPHIA | PA | 19176-6264 | |
| CORPORATION SERVICE COMPANY | ATTN: LEGAL DEPT | 251 LITTLE FALLS DR | | WILMINGTON | DE | 19808 | |
| COUNTY OF FRESNO - TREASURER | AMERICAN AVENUE DISPOSAL SITE | 2220 TULARE STREET 6TH FLOOR | | FRESNO | CA | 93721 | |
| CSC | ATTN: LEGAL DEPT | PO BOX 7410023 | | CHICAGO | IL | 60674-5023 | |
| DEPARTMENT OF MOTOR VEHICLES | ATTN: LEGAL DEPT | PO BOX 825339 | | SACRAMENTO | CA | 94232-5339 | |
| DEPT OF AG COUNTY OF FRESNO | ATTN: LEGAL DEPT | 1730 S. MAPLE AVE | | FRESNO | CA | 93702 | |
| DEPT. OF MOTOR VEHICLES | ATTN: LEGAL DEPT | 558 E DINUBA AVE | | REEDLEY | CA | 93654 | |
| DEPARTMENT | DIVISION | PO BOX 826880 MIC 57 | | SACRAMENTO | CA | 94280-0001 | |
| FRANCHISE TAX BOARD | ATTN: LEGAL DEPT | PO BOX 942857 | | SACRAMENTO | CA | 94257-0531 | |
| FRANCHISE TAX BOARD | AUDIT SECTION | PO BOX 1998 | | SACRAMENTO | CA | 95741-1998 | |
| GOLDEN STATE FARM CREDIT FLCA | GOLDEN STATE FARM CREDIT | PO BOX 929 | | CHICO | CA | 95927 | |
| KCEHS | ATTN: LEGAL DEPT | 330 CAMPUS DRIVE | | HANFORD | CA | 93230 | |
| KINGS RIVER WATER DISTRICT | ATTN: LEGAL DEPT | PO BOX 911 | | VISALIA | CA | 93291 | |
| LIBERTY MUTUAL INSURANCE COMPANY | ATTN: LEGAL DEPT | 175 BERKELEY STREET | | BOSTON | MA | 2116 | |
| METROPOLITAN LIFE INSURANCE COMPANY | ATTN: LEGAL DEPT | 205 E RIVER PARK CIRCLE SUITE 430 | | FRESNO | CA | 93720 | |
| PRIMA WAWONA SPV 3 LLC | ATTN: LEGAL DEPT | 3003 TASMAN DRIVE | | SANTA CLARA | CA | 95054 | |
| ROYAL BANK OF CANADA | AS ADMINISTRATIVE AGENT | PO BOX 50 | ROYAL BANK PLAZA | TORONTO | ON | M5J 2W7 | CANADA |
| SAFETY NATIONAL CASUALTY CORPORATION | ATTN: LEGAL DEPT | 1832 SCHUETZ RD | | ST LOUIS | MO | 63146 | |
| SJVAPCD | ATTN: LEGAL DEPT | 1990 E GETTYSBURG AVE | | FRESNO | CA | 93726-0244 | |
| TULARE COUNTY ENVIRONMENTAL HEALTH | ATTN: LEGAL DEPT | 5957 S MOONEY BLVD | | VISALIA | CA | 93277 | |
| TULARE COUNTY TAX COLLECTOR | ATTN: LEGAL DEPT | 221 S MOONEY BLVD RM 104-E | | VISALIA | CA | 93291 | |
| UNITED STATES TREASURY | DEPARTMENT OF THE TREASURY | INTERNAL REVENUE SERVICE | | OGDEN | UT | 84201-009 | |
| WELLS FARGO EQUIPMENT FINANCE | ATTN: LEGAL DEPT | NW-8178 PO BOX 1450 | | MINNEAPOLIS | MN | 55485-8178 | |
| WGUS FS LLC | ATTN: LEGAL DEPT | 12685 MILLER RD NE, STE 1300 | | BAINBRIDGE IS | WA | 98110-4206 | |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)

Page 1 of 1

# **Exhibit D**

Document Ref: ZJAEZ-QGFUA-XWNWH-6QQ8G



**Exhibit D**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY, ON ITS OWN BEHALF AND ON BEHALF OF ALL OF THE ACE COMPANIES | C/O DUANE MORRIS LLP; ATTN: WENDY M. SIMKULAK | | WMSIMKULAK@DUANEMORRIS.COM |
| ALFREDO CAMPOS DOMINGUEZ | | | ADDRESS REDACTED |
| ALLY BANK | C/O AIS PORTFOLIO SERVICES, LLC | ATTN: AJAY MOHITE | ECFNOTICES@AISINFO.COM |
| ALTA IRRIGATION DISTRICT | ATTN: CHAD WEGLEY | | ML@ALTAID.ORG CW@ALTAID.ORG |
| ALTA IRRIGATION DISTRICT | ATTN: DOUGLAS B JENSEN | | DJENSEN@BAKERMANOCK.COM |
| AMERICAN ZURICH INSURANCE COMPANY | C/O FOX SWIBEL LEVIN & CARROLL LLP | | PANDERSON@FOXSWIBEL.COM |
| BRIX PROCURE, LLC. | ATTN: ASHLEY ORTEGA | | ACCOUNTING@BRIXPROCURE.COM |
| CDFA 90012 | | | OFFICEOFPUBLICAFFAIRS@CDFA.CA.GOV |
| CDFA CASHIER 90054 | | | OFFICEOFPUBLICAFFAIRS@CDFA.CA.GOV |
| COOPERATIEVE RABOBANK U.A., NEW YORK | ATTN: JEFFREY CASE & SHIRLEY CHAN | | JEFFREY.CASE01@RABOBANK.COM |
| COOPERATIEVE RABOBANK U.A., NEW YORK | ATTN: ANN MCDONOUGH AND JEFFREY CASE | | ANN.MCDONOUGH@RABOBANK.COM JEFFREY.CASE01@RABOBANK.COM |
| DEPT OF AG COUNTY OF FRESNO | | | FRESNOAG@FRESNOCOUNTYCA.GOV |
| FRESNO COUNTY TAX COLLECTOR | | | TAXCOLLECTORWEBMAIL@FRESNOCOUNTYCA.GOV |
| FRESNO COUNTY TREASURER | | | TREASURER@FRESNOCOUNTYCA.GOV |
| HCD- EMPLOYEE HOUSING PROGRAM | | | EH@HCD.GA.GOV |
| IPFS CORPORATION | ATTN: LISA RENEE CHANDLER | | LISA.CHANDLER@IPFS.COM |
| KINGS RIVER WATER DISTRICT | | | KINGSRIVERWD@GMAIL.COM |
| LUIS GOMEZ ORTEGA | | | ADDRESS REDACTED |
| ROYAL BANK OF CANADA | C/O AGENCY SERVICES GROUP | ATTN: YVONNE BRAZIER | YVONNE.BRAZIER@RBCCM.COM |
| SHERMAN LOGISTICS LLC | ATTN: DANIEL REYES | | DREYES@SERVICIOSSHERMAN.COM |
| SJVAPCD | | | SJVAPCD@VALLEYAIR.ORG |
| STATE WATER RESOURCES CONTROL BOARD | | | INFO@WATERBOARDS.CA.GOV |
| THE PRUDENTIAL LIFE INSURANCE COMPANY | M. RYAN PINKSTON | | RPINKSTON@SEYFARTH.COM |
| USDA-PACA BRANCH | | | JUDITH.RUDMAN@USDA.GOV TRAVIS.HUBBS@USDA.GOV |
| WELLS FARGO BANK, N.A. | ATTN: LAUREL D. ROGLEN | | ROGLENL@BALLARDSPAHR.COM |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)

Page 1 of 1

# **<u>Exhibit E</u>**



## Exhibit E
Served via First-Class Mail

| NAME | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| FIGWORLD LLC | 726 W. BARSTOW AVE SUITE 108 | FRESNO | CA | 93704 |
| GREG JACKSON | ADDRESS REDACTED | | | |
| SCOTT RAVEN | ADDRESS REDACTED | | | |
| SIMON SIHOTA | ADDRESS REDACTED | | | |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)

Page 1 of 1

Document Ref: ZJAEZ-QGFUA-XWNWH-6QQ8G    Page 15 of 19

# **<u>Exhibit F</u>**



**Exhibit F**
Served via Overnight Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| STONE COLD (CA) LP | C/O CHAFFETZ LINDSEY LLP | 1700 BROADWAY 33RD FLOOR | ATTN: ALAN J. LIPKIN | NEW YORK | NY | 10019 |
| STONE COLD (CA) LP | C/O MORRIS NICHOLS ARSHT & TUNNELL | 1201 N MARKET ST STE1600 POBOX 1347 | ATTN: CURTIS S. MILLER | WILMINGTO | DE | 19899-1347 |
| STONE COLD (CA) LP | C/O W.P. CAREY INC | ONE MANHATTAN WEST | 395 9TH AVENUE 58TH FL | NEW YORK | NY | 10001 |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)

Page 1 of 1

# **Exhibit G**



**Exhibit G**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| STONE COLD (CA) LP | C/O CHAFFETZ LINDSEY LLP | ATTN: ALAN J. LIPKIN | ALAN.LIPKIN@CHAFFETZLINDSEY.COM |
| STONE COLD (CA) LP | C/O MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: CURTIS S. MILLER | CMILLER@MORRISNICHOLS.COM |

In re: MVK FarmCo LLC, et al.
Case No. 23-11721(LSS)

Page 1 of 1

Document Ref: ZJAEZ-QGFUA-XWNWH-6QQ8G

Page 19 of 19