**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MVK FARMCO LLC,**[1] | : | **Case No. 23-11721 (LSS)** |
| | : | |
| **Post-Effective Date Debtor.** | : | |
| | : | |

-------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 19, 2025 AT 2:00 P.M. (ET)**

---

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING*
*HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

---

I.    **RESOLVED MATTER:**

1.    Motion of GUC Administrator for an Order Extending the Claims Objection Deadline to February 9, 2026 [Docket No. 1180; filed July 23, 2025]

Response/Objection Deadline:        August 6, 2025 at 4:00 p.m. (ET)

Responses/Objections Received:        None

Related Documents:

i.    Certificate of No Objection Regarding Motion of GUC Administrator for an Order Extending the Claims Objection Deadline to February 9, 2026 [Docket No. 1184; filed August 7, 2025]

ii.    Order Extending the Claims Objection Deadline to February 9, 2026 [Docket No. 1185; entered August 11, 2025]

Status:  On August 11, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of the Post-Effective Date Debtor's federal tax identification number, is: MVK FarmCo LLC (5947). The location of the Post-Effective Date Debtor's service address is: 7700 N. Palm Ave., Suite 206, Fresno, CA 93711.

Dated: August 14, 2025
     Wilmington, Delaware

*/s/ Matthew P. Milana*

Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
Matthew P. Milana (No. 6681)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email: defranceschi@rlf.com
     merchant@rlf.com
     milana@rlf.com

-and-

David G. Dragich (admitted *pro hac vice*)
Amanda C. Vintevoghel-Backer (admitted *pro hac vice*)
Eric C. Addy (admitted *pro hac vice*)
THE DRAGICH LAW FIRM, PLLC
17000 Kercheval Avenue, Suite 210
Grosse Pointe, Michigan 48230
Telephone: (313) 886-4550
Facsimile: (313) 221-9612
Email: ddragich@dragichlaw.com
     avintevoghel@dragichlaw.com
     eaddy@dragichlaw.com

*Counsel to Anna Phillips in*
*her capacity as Liquidating Trustee*
*of the PW OpCo Liquidating Trust*

RLF1 33564940v.1